## United States District Court

SOUTHERN  DISTRICT OF  FLORIDA

UNITED STATES OF AMERICA

V.

MARCELLO GRASSO, a/k/a "J.J."

**WARRANT FOR ARREST**

CASE NUMBER: 00-6088-CR-UNGARO-BENAGES

MAGISTRATE JUDGE BROWN

TO: The United States Marshal
and any Authorized United States Officer

FILED APR 04 2000 CLARENCE MADDOX CLERK U.S. DIST. S.D. OF FLA. FT. LAUD.

YOU ARE HEREBY COMMANDED to arrest  MARCELLO GRASSO, a/k/a "J.J." 
                                       Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to commit RICO, Money Laundering, Hobbs Acts, Extortionate Collection of Credit; Interstate Gambling, Theft from Interstate Shipment

in violation of Title 18 United States Code, Section(s)  894, 1951, 1955, 1956, 1962(d), 659

CLARENCE MADDOX
Name of Issuing Officer

*Henry Butler* (signature)
Signature of Issuing Officer

Bail fixed at $50,000 Corporate Surety Bond

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

04/04/00   FORT LAUDERDALE, FLORIDA
Date and Location

*Lurana S. Snow* (signature)
LURANA S. SNOW
by CHIEF UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: __MARCELLO GRASSO, a/k/a "J.J."__

ALIAS: _____

LAST KNOWN RESIDENCE: __740 South Federal Highway #515, Pompano Beach, Florida__

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: __10/22/47__

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: __FBI, S/A Darin Sachs, 16320 N.W. 2nd Avenue, North Miami Beach, FL 33169__