UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6088-CR-Ungaro-Benages

UNITED STATES OF AMERICA

vs.

MARCELLO GRASSO

        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : _____

Language: English

The above-named Defendant appeared before **Magistrate Judge Barry L. Garber**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:      Address: _____

                     _____

                Tel. No: _____

Defense Counsel:  Name   : Simon Steckel

                Address: 701 Brickell Ave #3260

                       Miami, FL 33131

                Tel. No: 373-1900

Bond Set/Continued:  $50,000 10% + $100,000
                                    PSB

Dated this 3rd day of May, 2000.

                CLARENCE MADDOX, CLERK

                BY   Karen Sussmann
                      Deputy Clerk

c:Clerk for Judge
  U.S. Attorney - Dittoe
  Defense Counsel
  Pretrial Services
formarra.ign

TAPE NO. 00C 36
DIGITAL START NO. 7