# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

MARCELLO GRASSO, a/k/a "J.J."

**WARRANT FOR ARREST**

CASE NUMBER: **00-6088 CR-UNGARO-BENAGES**

MAGISTRATE JUDGE BROWN

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __MARCELLO GRASSO, a/k/a "J.J."__

Name

FILED by _____ D.C.

MAY 19 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to commit RICO, Money Laundering, Hobbs Acts, Extortionate Collection of Credit; Interstate Gambling, Theft from Interstate Shipment

in violation of Title 18 United States Code, Section(s) __894, 1951, 1955, 1956, 1962(d), 659__

CLARENCE MADDOX
Name of Issuing Officer

_[signature: Jenny Butler]_
Signature of Issuing Officer

Bail fixed at $50,000 Corporate Surety Bond

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

04/04/00   FORT LAUDERDALE, FLORIDA
Date and Location

_[signature]_
LURANA S. SNOW
by CHIEF UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above named defendant at
__Miami, FL__

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4/4/2000 | James A. Tassone, USM FOR: FBI | Fred DePompa, SDUSM |
| DATE OF ARREST | | |
| 5/3/2000 | | |