PS 8
(8/88)

# UNITED STATES DISTRICT COURT
## for the
# SOUTHERN DISTRICT OF FLORIDA



FILED by _____ D.C.
DKT0

JUN 1 4 2000

CLARENCE MAUDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

U.S.A. vs. MARCELLO GRASSO          Docket No. 00-6088-CR-UNGARO-BENAGES

### Petition for Action on Conditions of Pretrial Release

   COMES NOW JAMES T. JAMROS, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant MARCELLO GRASSO, who was placed under pretrial release supervision by the Honorable BARRY L. GARBER  sitting in Court at MIAMI, on MAY 3, 2000, under the following conditions:

Report to PTS once a week in person and once a week by phone, travel SD/FL and MD/FL, surrender passport, maintain employment, do not encumber property, attend gamblers anonymous.

   Respectfully presenting petition for action of Court and for cause as follows:
        (if short insert here; if lengthy write on separate sheet and attach)

The defendant acknowledges a gambling problem and compulsive behavior issues.

PRAYING THAT THE COURT WILL ORDER: "That the defendant shall attend mental health counseling as deemed appropriate by Pretrial Services."

ORDER OF COURT                          Respectfully,

Considered and ordered this __5__ day
of __June__ , __2000__ and ordered filed
and made a part of the records in the above
case.                                    James T. Jamros
                                         U.S. Pretrial Services Officer

Hon. Ursula Ungaro-Benages
U.S. District Judge                      Place: Miami

                                         Date: May 26, 2000

96
TK