UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO.: 00-6088-CR-UNGARO-BENAGES

vs.

UNOPPOSED MOTION TO PERMIT TRAVEL

MARCELO GRASSO,

Defendant.
_____/

COMES NOW the Defendant, MARCELO GRASSO, by and through the undersigned counsel, and would move this Honorable Court to permit the defendant to travel to Anchorage, Alaska from July 4, 2000 to July 11, 2000 and as grounds therefore would state the following:

1. The defendant is currently charged in the above-styled case and is presently free on a ten percent bond after voluntarily surrendering to authorities after the unsealing of the indictment.

2. The defendant has been at liberty on this matter for an extended period of time and during that time has complied with all conditions of his release thus far and has never missed any court appearances.

3. The defendant would like to travel to Anchorage, Alaska for the Independence Day holiday to visit his family from July 4, 2000 to July 11, 2000. The defendant shall be departing Fort Lauderdale, Florida on July 4, 2000 via Delta Airlines Flight #205 to Atlanta, then changing planes to Flight #633 to Salt Lake City, then changing planes to Flight #599 to Anchorage, Alaska.

4. While in Anchorage, Alaska the defendant shall be staying at the Sheraton Anchorage from July 4 to July 6, 2000. Then at the New Seward Hotel, Seward, Alaska from July 7 to 8, 2000. Then at the Healy Bed & Breakfast, Healy, Alaska from July 9 to 10, 2000.

5. The defendant shall be departing Anchorage Alaska on July 11, 2000 to Atlanta via Delta Airlines Flight #1248, then changing planes to Flight #194 to Fort Lauderdale, Florida.

CERTIFICATE OF COMPLIANCE WITH LOCAL RULES

6. The undersigned hereby certifies that he has contacted Assistant United States Attorney Mike Dittoe, who has been assigned to the prosecution of this case, and he has indicated that he has no objection to the Court granting said motion.

WHEREFORE, the undersigned would respectfully request that this Honorable Court grant the Defendant's Motion to Permit Travel to Anchorage, Alaska from July 4, 2000 until July 11, 2000.

Respectfully submitted,

LAW OFFICES
SIMON T. STECKEL
701 Brickell Avenue
Suite 3260
Miami, Florida 33131
Tel. (305) 373-1900

By: _____
    SIMON T. STECKEL

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded to the Office of the United States Attorney, this   27   day of June, 2000.

By: _____
    SIMON T. STECKEL