UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
JUN 3 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES OF AMERICA,

CASE NO.: 00-6088-CR-UNGARO-BENAGES

vs.

MARCELO GRASSO,

   Defendant.
_____/

ORDER GRANTING
UNOPPOSED MOTION TO PERMIT TRAVEL

  THIS CAUSE having come on before this Honorable Court upon Defendant's Motion to Permit Travel to Anchorage, Alaska and the Court having heard argument of counsel and being otherwise fully advised in the premises, it is hereby

  ORDERED AND ADJUDGED that the Defendants' Motion is granted, and

  ORDERED AND ADJUDGED that the defendant shall be permitted to travel to Anchorage, Alaska leaving July 4, 2000 and returning by July 11, 2000.

  DONE AND ORDERED in Miami, Florida this the __30__ day of June, 2000.

          _____
          UNITED STATES MAGISTRATE JUDGE

AUSA Mike Dittoe
Simon T. Steckel, Esq.