UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



FILED BY _____ D.C.

00 OCT 18 PM 3:07

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES OF AMERICA,   CASE NO.: 00-6088-CR-UNGARO-BENAGES

vs.

MARCELO GRASSO,   **UNOPPOSED MOTION TO PERMIT TRAVEL**

Defendant.
_____/

COMES NOW the Defendant, MARCELO GRASSO, by and through the undersigned counsel, and would move this Honorable Court to permit the Defendant to travel to Freeport, Bahamas from Thursday, October 19, 2000 to Sunday, October 22, 2000 and as grounds therefore would state the following:

1. The defendant is currently charged in the above-styled case and is presently free on a ten percent bond after voluntarily surrendering to authorities after the unsealing of the indictment.

2. The defendant has been at liberty on this matter for an extended period of time and during that time has complied with all conditions of his release thus far and has never missed any court appearances.

3. The defendant would like to travel to Freeport, Bahamas for a business trip to organize a contract for lumber and construction supplies for a new resort hotel. The defendant shall be departing Thursday, October 19, 2000 at 9:00 a.m. via Laker Airways.

4. While in Freeport, Bahamas, the defendant shall be staying at the Towers at Bahamia Hotel from Thursday, October 19, 2000 to Sunday, October 22, 2000.

5. The defendant shall be departing Freeport, Bahamas on Sunday, October 22, 2000 at 5:15 p.m. via Laker Airways.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULES

6. The undersigned here certifies that he has contacted Assistant United States Attorney Mike Dittoe, who has been assigned to the prosecution of this case, and he has indicated that he has no objection to the Court granting said motion.

WHEREFORE, the undersigned would respectfully request that this Honorable Court grant the Defendant's Motion to Permit Travel to Freeport, Bahamas from Thursday, October 19, 2000 until Sunday, October 22, 2000.

Respectfully submitted,

LAW OFFICES
SIMON T. STECKEL
701 Brickell Avenue
Suite 3260
Miami, Florida 33131
Tel: (305) 373-1900

By: _____
SIMON T. STECKEL

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded to the Office of the United States Attorney, this 18 day of October, 2000.



By: _____
SIMON T. STECKEL

2