UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.: 00-6088-CR-UNGARO-BENAGES

vs.   ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION TO PERMIT TRAVEL

MARCELO GRASSO,

Defendant.
_____/

FILED D.C.
OCT 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

THIS CAUSE having come on before this Honorable Court upon Defendant's Unopposed Motion to Permit to Freeport, Bahamas and the Court having heard argument of counsel and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Defendant's Motion is **granted**, and

ORDERED AND ADJUDGED that the Defendant shall be permitted to travel to Freeport, Bahamas leaving Thursday, October 19, 2000 and returning by Sunday, October 22, 2000.

DONE AND ORDERED in Miami, Florida this /8 day of October, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

AUSA Mike Dittoe
Simon T. Steckel, Esq.