FILED

DEC 28 2000

CLARENCE MADDOX
CLERK USDC/SDFL/MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.: 00-6088-CR-UNGARO-BENAGES

vs.

MARCELO GRASSO,   **UNOPPOSED MOTION TO PERMIT TRAVEL**

Defendant.
_____/

COMES NOW the Defendant, MARCELO GRASSO, by and through the undersigned counsel, and would move this Honorable Court to permit the Defendant to travel on a cruise to the caribbean from Sunday, December 31, 2000 to Sunday, January 7, 2001 and as grounds therefore would state the following:

1. The defendant is currently charged in the above-styled case and is presently free on a ten percent bond after voluntarily surrendering to authorities after the unsealing of the indictment.

2. The defendant has been at liberty on this matter for an extended period of time and during that time has complied with all conditions of his release thus far and has never missed any court appearances. Further, the defendant has previously been granted permission to travel to the Bahamas as well as Alaska and has fully complied with all conditions set by the Court.

3. The defendant would like to travel on a cruise to the caribbean with his family departing Sunday, December 31, 2000 at 6:00 p.m. via Carnival Victory Cruise Lines until Sunday, January 7, 2001.

4. While on the cruise, the defendant shall be residing on the ship with his family.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULES

5.  The undersigned here certifies that he has contacted Assistant United States Attorney Mike Dittoe, who has been assigned to the prosecution of this case, and he has indicated that he has no objection to the Court granting said motion.

WHEREFORE, the undersigned would respectfully request that this Honorable Court grant the Defendant's Motion to Permit Travel on a cruise to the caribbean from Sunday, December 28 2000 until Sunday, January 7, 2001.

Respectfully submitted,

LAW OFFICES
SIMON T. STECKEL
701 Brickell Avenue
Suite 3260
Miami, Florida 33131
Tel: (305) 373-1900

By: _____
SIMON T. STECKEL

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded to the Office of the United States Attorney, this 28 day of December, 2000.

By: _____
SIMON T. STECKEL