UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.: 00-6088-CR-UNGARO-BENAGES

vs.   ORDER GRANTING DEFENDANT'S
**UNOPPOSED MOTION TO PERMIT TRAVEL**

MARCELO GRASSO,

   Defendant.
_____/

THIS CAUSE having come on before this Honorable Court upon Defendant's Unopposed Motion to Permit Travel on a cruise to the caribbean and the Court having heard argument of counsel and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Defendant's Motion is **granted**, and

ORDERED AND ADJUDGED that the Defendant shall be permitted to travel on a cruise to the caribbean leaving Sunday, December 31, 2000 and returning by Sunday, January 7, 2001.

DONE AND ORDERED in Miami, Florida this 29th day of December, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

AUSA Mike Dittoe
Simon T. Steckel, Esq.