UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

Marcelo Grasso

CASE NO. 00-6088-CR-U.U.B.

CHANGE OF PLEA

On 1/8/01 the above named defendant appeared in person before the Honorable UNGARO-BENAGES United States District Judge/~~Magistrate~~, with Simon Steckel, counsel appointed by the Court/retained by the defendant, and said defendant stated in open court that _he_ desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty to Count(s) One, of the Indictment/Information.

After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged. Whereupon:

    ( ) The Court proceeded to pronounce sentence. (See J&C)

    (✓) The Court postponed sentencing until 4-13-01 @ 2 PM

    ( ) The defendant being allowed to remain on bond until sentencing.

    ( ) The defendant being remanded to the custody of the Marshal until a _____ bond in the amount of $_____ is approved and posted.

    ( ) The defendant being remanded to the custody of the Marshal awaiting sentencing.

The U.S. Attorney announced Count(s) _____ would be dismissed on the government's motion at sentencing.

Judge _____
Reporter _____
Courtroom Dpy. _____

*Filed by ____ D.C.*
*1-8-01*
*CLARENCE MADDOX*
*CLERK U.S. DIST. CT.*
*S.D. OF FLA.-MIAMI*