UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO.: 00-6088-CR-UNGARO-BENAGES

vs.

MARCELO GRASSO,  **UNOPPOSED MOTION TO PERMIT TRAVEL**

Defendant.
_____/

COMES NOW the Defendant, MARCELO GRASSO, by and through the undersigned counsel, and would move this Honorable Court to permit the Defendant to travel to Austin, Texas from Thursday, April 19, 2001 to Monday, April 23, 2001 and as grounds therefore would state the following:

1. The defendant is currently charged in the above-styled case and is presently free on a ten percent bond after voluntarily surrendering to authorities after the unsealing of the indictment.

2. The defendant has been at liberty on this matter for an extended period of time and during that time has complied with all conditions of his release thus far and has never missed any court appearances. Further, the defendant has previously been granted permission to travel to the Bahamas as well as Alaska and has fully complied with all conditions set by the Court.

3. The defendant would like to travel to Austin, Texas on business departing Thursday, April 19, 2001 via Delta Airlines until Monday, April 23, 2001.

4. While in Austin, Texas, the defendant shall be staying at the Barton Creek Hotel, Austin, Texas.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULES

5. The undersigned here certifies that the Defendant has contacted Assistant United States Attorney Mike Dittoe, who has been assigned to the prosecution of this case, and he has indicated that he has no objection to the Court granting said motion.

WHEREFORE, the undersigned would respectfully request that this Honorable Court grant the Defendant's Motion to Permit Travel to Austin, Texas from Thursday, April 19, 2001 until Monday, April 23, 2001.

                      Respectfully submitted,

                      LAW OFFICES
                      SIMON T. STECKEL
                      701 Brickell Avenue
                      Suite 3260
                      Miami, Florida 33131
                      Tel: (305) 373-1900

                      By: _____
                          SIMON T. STECKEL

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded to the Office of the United States Attorney, this _18_ day of April, 2001.

                      By: _____
                          SIMON T. STECKEL