00-6088.o3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6088 CR UUB

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARCELO GRASSO
    Defendant.
_____/

**ORDER GRANTING UNOPPOSED MOTION TO TRAVEL**

    **This matter** is before this Court on defendant's Unopposed Motion to Travel, dated April 18, 2001. The Court has considered the motion and all pertinent materials in the file. This motion would have been denied as late, but for the representation that the AUSA did not oppose the motion. Any future such motions shall be filed sufficiently before the travel to allow appropriate consideration, with or without the approval of the AUSA. Motions to travel cannot be filed at the last minute to, in effect, circumvent a resolution on the merits.

    The Court being otherwise fully advised in the premises it is hereby **ORDERED AND ADJUDGED** that said motion be and the same is hereby **GRANTED**.

    **DONE AND ORDERED** this 27th day of April, 2001 at Miami, Florida.

                                                                  STEPHEN T. BROWN
                                                                  U.S. MAGISTRATE JUDGE

cc:    Honorable Ursula Ungaro Benages
        Michael J. Dittoe, Esq. - AUSA
        Simon Steckel, Esq.