00-6088.or1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6088 CR UUB

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARCELO GRASSO,

    Defendant.

_____/

## ORDER DENYING UNOPPOSED MOTION
## TO PERMIT TRAVEL

**This matter** is before this Court on Defendant's Unopposed Motion to Permit Travel, filed May 8, 2001. The Court has considered the motion and having noted that the dates for travel have passed and the Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that said motion be and the same is hereby **DENIED, as moot.**

**DONE AND ORDERED** this 16th day of May, 2001, at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:    Honorable Ursula Ungaro Benages
       Mike Dittoe, Esq. - AUSA   (954) 356-7336
       Simon T. Steckel, Esq.   (305) 536-6495

SCANNED