UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.: 00-6088-CR-UNGARO-BENAGES

vs.   ORDER GRANTING DEFENDANT'S
**UNOPPOSED MOTION TO PERMIT TRAVEL**

MARCELO GRASSO,

   Defendant.
_____/

THIS CAUSE having come on before this Honorable Court upon Defendant's Unopposed Motion to Permit Travel to Henderson, Nevada and the Court having heard argument of counsel and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Defendant's Motion is **granted**, and

ORDERED AND ADJUDGED that the Defendant shall be permitted to travel to Henderson, Nevada leaving Tuesday, June 12, 2001 and returning by Saturday, June 16, 2001.

DONE AND ORDERED in Miami, Florida this 7th day of June, 2001.

_____
UNITED STATES DISTRICT COURT JUDGE

cc:   AUSA Mike Dittoe
     Simon T. Steckel, Esq.

## SERVICE LIST

United States v. Marco Minuto, et al.
Case No. 00-6088-Cr-Ungaro-Benages

| | | |
|---|---|---|
| **Antonio E. Marin, Esq.**<br>2100 Coral Way<br>Miami, FL 33145<br>(305) 857-0209<br>(305) 854-6107 (Fax)<br>(*Attorney for Alex Torrente*) | **Michael J. Dittoe, AUSA**<br>U.S. Attorney's Office<br>500 E. Broward Boulevard<br>7th Floor<br>Ft. Lauderdale, FL 33301<br>(954) 356-7392<br>(954) 356-7336 (Fax)<br>(*Attorney for the Government*) | **Manuel Gonzalez, Jr., Esq.**<br>782 N.W. 42nd Avenue<br>Suite 440<br>Miami, FL 33126<br>(305) 567-0100<br>(305) 445-0543 (Fax)<br>(*Attorney for Nelson Robles*) |
| **Hosey Hernandez, Esq.**<br>Coconut Grove Bank Building<br>2701 S. Bayshore Drive<br>Coconut Grove, FL 33133<br>(305) 859-2222<br>(305) 858-6097 (Fax)<br>(*Attorney for Angel Hernandez*) | **William J. Hunt, Esq.**<br>155 Polifly Road<br>Hackensack, NJ 07601<br>(201) 457-9200<br>(201) 996-1669 (Fax)<br>(*Attorney for Joseph Minuto*) | **Martin R. Raskin, Esq.**<br>Raskin & Raskin<br>Grove Forest Plaza, Suite 206<br>2937 S.W. 27th Avenue<br>Miami, FL 33133<br>(305) 444-3400<br>(305) 445-0266 (Fax)<br>(*Attorney for Joseph Minuto*) |
| **Howard M. Srebnick, Esq.**<br>2400 S. Dixie Highway<br>2nd Floor<br>Miami, FL 33133<br>(305) 285-9019<br>(305) 854-8782 (Fax)<br>(*Attorney for Marco Minuto*) | **Simon T. Steckel, Esq.**<br>701 Brickell Avenue<br>Miami, FL 33131<br>(305) 373-1900<br>(305) 536-6495 (Fax)<br>(*Attorney for Marcello Grasso*) | **Jeffrey S. Weiner, Esq.**<br>9130 S. Dadeland Boulevard<br>Miami, FL 33156<br>(305) 670-9919<br>(305) 670-9299 (Fax)<br>(*Attorney for Chris Greco*) |
| | **Bruce A. Zimet, Esq.**<br>One Financial Plaza<br>Suite 2612<br>Ft. Lauderdale, FL 33394<br>(954) 764-7081<br>(954) 760-4421 (Fax)<br>(*Attorney for Nicolo Mariani*) | |