UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.: 00-6088-CR-UNGARO-BENAGES

vs.

ORDER GRANTING DEFENDANT'S
**UNOPPOSED MOTION TO PERMIT TRAVEL**

MARCELO GRASSO,

    Defendant.
_____/

THIS CAUSE having come on before this Honorable Court upon Defendant's Unopposed Motion to Permit Travel to Henderson, Nevada and the Court having heard argument of counsel and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Defendant's Motion is **granted**, and

ORDERED AND ADJUDGED that the Defendant shall be permitted to travel to Henderson, Nevada leaving Tuesday, June 12, 2001 and returning by Saturday, June 16, 2001.

DONE AND ORDERED in Miami, Florida this 11th day of June, 2001.

UNITED STATES MAGISTRATE JUDGE

cc:   AUSA Mike Dittoe
      Simon T. Steckel, Esq.