UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,     CASE NO.: 00-6088-CR-UNGARO-BENAGES

vs.

MARCELO GRASSO,               **UNOPPOSED MOTION TO PERMIT TRAVEL**

Defendant.
_____/

**COMES NOW** the Defendant, MARCELO GRASSO, by and through the undersigned counsel, and would move this Honorable Court to permit the Defendant to travel to Greenport, New York from Friday, July 20, 2001 to Monday, July 23, 2001 and as grounds therefore would state the following:

1. The defendant is currently charged in the above-styled case and is presently free on a ten percent bond after voluntarily surrendering to authorities after the unsealing of the indictment.

2. The defendant has been at liberty on this matter for an extended period of time and during that time has complied with all conditions of his release thus far and has never missed any court appearances. Further, the defendant has previously been granted permission to travel to the Bahamas, Texas, Nevada, New York, as well as Alaska and has fully complied with all conditions set by the Court.

3. The defendant would like to travel to Greenport, New York in order to visit his sick mother, Lucy Grasso, departing Friday, July 20, 2001 until Monday, July 23, 2001.

4. While in Greenport, New York, the defendant shall be staying at his mother's house located at 50 Willow Drive, Greenport, New York, 11944.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULES

5. The undersigned here certifies that the Defendant has previously contacted Assistant United States Attorney Mike Dittoe, who has been assigned to the prosecution of this case, and he has indicated that he has no objection to the Court granting said motion.

**WHEREFORE**, the undersigned would respectfully request that this Honorable Court grant the Defendant's Motion to Permit Travel to Greenport, New York from Friday, July 20, 2001 until Monday, July 23, 2001.

Respectfully submitted,

LAW OFFICES
SIMON T. STECKEL
701 Brickell Avenue
Suite 3260
Miami, Florida 33131
Tel: (305) 373-1900

By: *Simon T. Steckel*
SIMON T. STECKEL

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded to the Office of the United States Attorney, this 18th day of July, 2001

By: *Simon T. Steckel*
SIMON T. STECKEL