UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO.: 00-6088-CR-UNGARO-BENAGES

vs.                          ORDER GRANTING DEFENDANT'S
                             **UNOPPOSED MOTION TO PERMIT TRAVEL**
MARCELO GRASSO,

   Defendant.
_____/

   **THIS CAUSE** having come on before this Honorable Court upon Defendant's Unopposed Motion to Permit Travel to Greenport, New York and the Court having heard argument of counsel and being otherwise fully advised in the premises, it is hereby

   ORDERED AND ADJUDGED that the Defendant's Motion is **granted**, and

   ORDERED AND ADJUDGED that the Defendant shall be permitted to travel to Greenport, New York leaving Friday, July 20, 2001 and returning by Monday, July 23, 2001.

   DONE AND ORDERED in Miami, Florida this 20 day of July, 2001.

_____
STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:   AUSA Mike Dittoe
      Simon T. Steckel, Esq.