UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE UNGARO-BENAGES

COURTROOM MINUTES

Case No. __00-6088-cr-UB__ Date: __8/9/01__

Style: __U.S.A__ Vs. __Minte et al__

Plt/AUSA __M. D. Here__

Defense Counsel: __H. Srebuick et al.__

Reporter: __Wm Romanishir__ Deputy Clerk __K Herlan__

Status Conference/Hearing on Motion: __Trial date remains__
__firm — Gout agreed to turnover__
__subpoenaed records — Discussion__
__on wiretape issue & objections__

__Hrg to Continue on 8/21/01 @ 3 PM__

Calendar Call _____ Trial Set/Reset for _____

TRIAL MINUTES:    BENCH/JURY    VOIR DIRE HELD _____

JURY TRIAL BEGINS _____    TRIAL HELD _____ DAY # _____

TRIAL ENDS _____

DEFENDANT: REMANDED/ACQUITTED    SENTENCE DATE _____

MISCELLANEOUS NOTES TO DOCKET CLERK: _____