UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          CASE NO.: 00-6088-CR-UNGARO-BENAGES

vs.                                ORDER GRANTING DEFENDANT'S
                                   **UNOPPOSED MOTION TO PERMIT TRAVEL**
MARCELO GRASSO,

    Defendant.
_____/

**THIS CAUSE** having come on before this Honorable Court upon Defendant's Unopposed Motion to Permit Travel to Chicago, Illinois and the Court having heard argument of counsel and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Defendant's Motion is **granted**, and

ORDERED AND ADJUDGED that the Defendant shall be permitted to travel to Chicago, Illinois leaving Friday, August 10, 2001 and returning by Wednesday, August 15, 2001.

DONE AND ORDERED in Miami, Florida this 10 day of August, 2001.

                                   UNITED STATES MAGISTRATE JUDGE
                                   STEPHEN T. BROWN

cc:  AUSA Mike Dittoe
     Simon T. Steckel, Esq.
     Pretrial Services