UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,      CASE NO.: 00-6088-CR-UNGARO-BENAGES

    Plaintiff,

vs.      <u>UNOPPOSED MOTION FOR
CONTINUANCE OF SENTENCING DATE</u>

MARCELO GRASSO,

    Defendant.
_____/

    COMES NOW the Defendant, MARCELO GRASSO, though the undersigned counsel, and moves this Honorable Court to continue the sentencing date in the above styled cause and as grounds therefore would state the following:

    1.     The sentencing date is currently scheduled for Thursday, December 6, 2001 at 9:30 a.m. before the Honorable Ursula Ungaro-Benages, United States District Court Judge.

    2.     The sentencing is the culmination of a plea agreement pursuant to which the defendant entered a plea of guilty before this Honorable Court on January 8, 2001 and agreed to cooperate with the government. However, despite the fact that the defendant's cooperation has been extensive and ongoing since his initial appearance, and that the undersigned has been advised that the defendant has satisfied the requirements for the government's filing of a 5K reduction, we have just yesterday been notified that the Assistant United States Attorney assigned to this case, Michael Dittoe, is out of town on government business until January 2002. This is problematic as due to unforeseen complications regarding the appropriate application of the guidelines to Mr. Grasso as well as the appropriate reduction of sentence for his cooperation, Mr. Dittoe's presence would be necessary. The appropriate characterization of the defendant as a witness for the government as well as the great risk to his life for this cooperation, shall be essential for the Court's consideration at the time of his 5K reduction at sentencing. The undersigned would respectively request a continuance of this cause in order to effectively represent the defendant at sentencing.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULES**

The undersigned hereby certifies that he has contacted Assistant United States Attorney Michael Dittoe, who has been assigned to the prosecution of this case, and he has indicated that he has no objection to this Honorable Court granting said motion.

**WHEREFORE**, the undersigned would respectfully request that this Honorable Court grant the Defendant's Unopposed Motion to Continue the sentencing date in the above styled cause.

Respectfully submitted,

LAW OFFICES
SIMON T. STECKEL, ESQ.
701 Brickell Avenue, Suite 3260
Miami, Florida 33131
Tel: (305) 373-1900

By: _____
SIMON T. STECKEL

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded to Assistant United States Attorney Michael Dittoe, Office of the United States Attorney, Miami, Florida this 5th day of December, 2001

By: _____
SIMON T. STECKEL