UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO.: 00-6088-CR-UNGARO-BENAGES

    Plaintiff,

vs.

MARCELO GRASSO,

    Defendant.
_____/

FILED by _____ D.C.
DKTG
DEC 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## NOTICE OF SENTENCING DOCUMENTS

Defendant, MARCELO GRASSO, by and through his undersigned attorney, files the attached Sentencing Documents to be considered by this Honorable Court at the time of the Defendant's sentencing in this matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded to the United States Attorney's Office on this ____ day of December, 2001.

LAW OFFICES
SIMON T. STECKEL
701 Brickell Avenue
Suite 3260
Miami, Florida 33131
Tel: (305) 373-1900

By: _____
SIMON T. STECKEL



Corporate Office: P.O. Box 9370 • Coral Springs, Florida 33075
Phone: (954) 344-4700 • Toll Free: (800) 224-1228 • Fax: (954) 340-9008
WWW.STUARTLUMBER.COM • E-Mail: Stuartlumber@Bellsouth.net

November 29, 2001

Honorable Judge Ungaro Bengares
C/O Silas Sauders, USPO
300 NE 1st Avenue, Suite 315
Miami, Florida 33132

Re: Marcello Grasso
    SS# 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

Dear Judge Bengares:

Marcello Grasso joined our organization during April of 1999. He was hired because of his qualifications, experience, and ability to generate sales and profits. His ambition, progress, and growth both on a business level as well as an individual level have earned him respect throughout the industry. He is a straightforward likeable individual.

I have had the pleasure to meet and spend time with his wife, daughter, and grandchildren. He is a very proud and responsible husband, father, and grandfather. I have found Marcello to be very generous caring employee and friend.

I have recently been made aware of his problem and respectfully request you to consider his current position both personally and professionally. It would be a great loss to our company if he were unable to generate sales and maintain his current relationships. I do not think we can duplicate the bond he has established with them. Marcello will always have a position available with our firm as he has proven to be an asset for us all.

Thank you for your consideration.

Sincerely yours,

Linda Carry, Vice President
Stuart Supply, Inc.

LC/mm

# *Thomas Henderson*
### *512 E 11th Street*
### *Austin, TX 78701*

November 29, 2001

Honorable Judge Ungaro Bengares
C/O Silas Sauders, USPO
300 NE 1st Avenue, Suite 315
Miami, Florida 33132

Re: Marcello Grasso

Dear Judge Bengares:

I've known Marcello for a little over two years now. I was made aware; by him, of his legal problems and his past when we met. He has openly discussed his remorse and stupidity for putting himself and his family through this crisis. His wife is expecting their first child, so the consequences of his former behavior are really painful. As a guy who has made mistakes too… I think Marcello has made strides to change his ways. I believe consequences are appropriate for illegal behavior, though I can tell you that the past two years have been punishing and difficult for my friend. The process and uncertainty has been in part…consequences. He's not a danger to society and strict probation would suffice. He attends AA meetings with me and I believe he's capable of changing.

I hope you will seriously consider letting him be home to raise and care for his wife and new baby.

Sincerely yours,

Thomas Henderson



**Construction, Inc.**

November 29, 2001

Honorable Ungaro-Benages
U.S. Federal Court
Southern District
Miami, Florida

Your Honor,

It is my understanding Marcello Grasso will appear before you for sentencing in the very near future. I am writing this letter in support of his good character and attest to his many attributes.

During the past three years I have known Marcello both professionally and personally. He has always conducted himself with integrity, honesty and kindness in all of our affairs. We attend weekly twelve step meetings together, conduct business transactions and socialize with friends and family, in all activities he has exemplified trustworthy, sincere behavior.

I sincerely believe Marcello is a person who has learned from his past mistakes and will be a credit to our community. As an expectant father, next July, he has every incentive to continue this commendable way of life.

Your favorable consideration of a lenient judgement will be worthy of your trust and appreciated by many.

Sincerely,

Fred Ferriell

Fred Ferriell/President
**FASCO CONSTRUCTION, INC.**

BOCA RATON OFFICE
724 N.W. 6th Street
Boca Raton, FL 33486
Phone (812) 364-4448
FAX (812) 364-4627

LOUISVILLE OFFICE
449 Downes Terrace
P.O. Box 9009
Louisville, KY 40209
Phone (502) 364-9088
FAX (502) 364-9084



1701-B Costa Del Sol • Boca Raton, FL 33432 • (561) 347-1195 • Fax (561) 347-1293 • 1-800-938-1195

November 30, 2001

To the Honorable Judge Ungaro-Benages,

    My name is Thomas Storey, and I am writing this letter on behalf of Marcello Grasso.

    I was introduced to Marcello approximately eight months ago by my sponsor in Alcoholics Anyonomous. I am a member and the temporary chair person of the Tuesday Boca mens beginners meeting. Marcello's interest and commitment to the program has grown from week to week, and he now comes early to help set up. He also shares regularly during the meetings. I have witnessed a profound change in Marcello's attitude and outlook on life since I first met him.

    Marcello and I play golf on a regular basis and our friendship has grown beyond the A.A. rooms. I consider Marcello a good friend and I truly believe he wants to put his past behind him and continue to live his new way of life.

Yours Truly,

Thomas Storey



NOVEMBER 29, 2001

**TED CONNER LANDSCAPING INC.**
**270 S.E. 11TH STREET**
**POMPANO BEACH, FL 33060**
**954-946-6383**

To the Honorable Ungaro-Benages,

I've known Marcello Grasso for many years on both a personal and professional basis. Over the past year or so I've witnessed a great change in direction of his life which I attribute to his involvement in Alcoholics Anonymous and our 12 step group. He attends our meetings two nights per week and it's a pleasure to see him sharing and helping the newcomers. It is of my opinion that Marcello has truly found a new way of life as a productive member of society and A.A. Please take this into consideration on your sentencing of Marcello Grasso as he will be as asset to society rather than a burden behind bars.

Sincerely,

Ted Conner