UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE UNGARO-BENAGES

COURTROOM MINUTES

FILED by DKTG ___ D.C.
DEC 19 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. — MIAMI

Case No. 00-6088-cr-UUB Date: 12-6-01
Style: U.S.A. Vs. Marcelo Grasso
Plt/AUSA: W. Shockley
Defense Counsel: Simon Steckel
Reporter: W. Romanishin Deputy Clerk: K Harlan

Status, Conference/Hearing on Motion: Sentencing
1 yr 1 day BOP ct 1
3 yrs S.R. ct 1
1) No Gambling 2) Mental Health
3) Access to FIN 4) Search person +
Assessed $100.00 property
5) No visit w/terr.

Calendar Call ___ Trial Set/Reset for ___

TRIAL MINUTES: BENCH/JURY VOIR DIRE HELD ___
JURY TRIAL BEGINS ___ TRIAL HELD ___ DAY # ___
TRIAL ENDS ___
DEFENDANT: REMANDED/ACQUITTED SENTENCE DATE ___
MISCELLANEOUS NOTES TO DOCKET CLERK: recommend
~~BS~~ 1-4-02 @ 2 yrs
w/ the priority being
S.D.FL. & separate from
co-defts.