UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO.:00-6088-CR-UNGARO-BENAGES

Plaintiff,  **UNOPPOSED MOTION
TO DISCHARGE SURETY**

vs.

MARCELO GRASSO,

Defendant.
_____/

**COMES NOW** the Defendant, by and through the undersigned counsel, and moves this Court for an Order discharging surety in the above-captioned case and in support would show:

1.  On or about May 3, 2000, the Defendant was released on a $50,000.00 ten percent bond in which 10% ($5,000.00) was deposited with the Clerk of the Court.

2.  Thereafter, on December 6, 2001, the Defendant was sentenced to one year and one day incarceration by this Honorable Court. Subsequently, he voluntarily surrendered to the Federal Detention Center in Miami, Florida on January 4, 2002.

3.  That the depositor and refundee of the 10% Clerk's Bond, receipt number 225410, for $5,000.00 plus accrued interest is Marcel J. Grasso, (See attached Exhibit # 1). That the depositor and refundee, Marcel J. Grasso, has executed an assignment to the undersigned in connection with his legal services (See attached Exhibit # 2).

CERTIFICATE OF COMPLIANCE WITH LOCAL RULES

4.  The undersigned hereby certifies that he has previously contacted Assistant United States Attorney Michael Dittoe, and that he has no objection to the Court granting said Motion.

**WHEREFORE,** the undersigned would respectfully request that this Honorable Court grant the Defendant's Motion to Discharge all sureties in the above-captioned case and return said funds deposited with the Clerk of the Court.

Respectfully submitted,

LAW OFFICES
SIMON T. STECKEL
701 Brickell Avenue
Suite 3260
Miami, Florida 33131
Tel:  (305) 373-1900

By: _____
    SIMON T. STECKEL

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded to Assistant United States Attorney Michael Dittoe, Office of the United States Attorney, Miami, Florida this 7th day of January, 2002.

By: _____
    SIMON T. STECKEL

# EXHIBIT 1

```
AO82                        ORIGINAL                  225410
(Rev. 4/90)             RECEIPT FOR PAYMENT
                     UNITED STATES DISTRICT COURT
                              for the
                    SOUTHERN DISTRICT OF FLORIDA
                                          at Miami
```

RECEIVED FROM **Marcel J. Grasso**
**740 S. Federal Highway #515**
**Pompano Beach, FL 33062**

**USA vs Marcel Grasso**

Fund **SS# 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**

| Account Code | Description | ACCOUNT | AMOUNT |
|---|---|---|---|
| 6855XX | Deposit Funds | | 5,000.00 |
| 604700 | Registry Funds | | |
| | General and Special Funds | | |
| 508800 | Immigration Fees | | |
| 085000 | Attorney Admission Fees | | |
| 086900 | Filing Fees | TOTAL | 5,000.00 |
| 322340 | Sale of Publications | | |
| 322350 | Copy Fees | Case Number or Other Reference | |
| 322360 | Miscellaneous Fees | 00-6088-CR-UUB | |
| 143500 | Interest CT# 0201672234 | | |
| 322380 | Recoveries of Court Costs | | |
| 322386 | Restitution to U.S. Government | | |
| 121000 | Conscience Fund | | |
| 129900 | Gifts | | |
| 504100 | Crime Victims Fund | | |
| 613300 | Unclaimed Monies | | |
| 510000 | Civil Filing Fee (½) | | |
| 510100 | Registry Fee | | |

Appearance Bond To be Invested

$ Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DATE **05/03** 20 | Cash | Check ✓ | M.O. | Credit | DEPUTY CLERK **Hamilton**

# EXHIBIT 2

State of Florida

County of Dade

## AUTHORITY TO ASSIGN

I, MARCEL J. GRASSO, the depositor, do hereby assign the appearance bond amount of $5,000.00, plus accrued interest, being held by the Clerk of the Court, United States District Court Southern District of Florida, under receipt no.225410, United States District Court Case No.: 00-6088-CR-UNGARO-BENAGES, <u>UNITED STATE OF AMERICA vs. MARCELLO GRASSO</u>, to SIMON T. STECKEL, Esquire, in connection with his legal services and hereby authorize the Clerk of the Court to release said money to him.

DATED this 6 day of December, 2001.

_____
MARCEL J. GRASSO

SWORN TO AND SUBSCRIBED before me a Notary Public in the State and County aforesaid, who did take an oath after producing identification on this 6th day of December, 2001.

_____
NOTARY PUBLIC



DAVID A. HELFAND
MY COMMISSION # DD 032827
EXPIRES: June 11, 2005
Bonded Thru Notary Public Underwriters

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO.: 00-CR-UNGARO-BENAGES

    Plaintiff,    **ORDER GRANTING UNOPPOSED MOTION TO DISCHARGE SURETY**

vs.

MARCELO GRASSO,

    Defendant.
_____/

**THIS CAUSE** having come on to be heard upon Defendant, MARCELO GRASSO's Unopposed Motion to Discharge Surety, and this Court being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is hereby granted, it is further

**ORDERED AND ADJUDGED** that the 10% Clerk's bond in the amount of $5,000.00 plus accrued interest be returned to the assigned refundee Simon T. Steckel, Esq.

**ORDERED AND ADJUDGED** that all sureties in the above-captioned case are discharged.

**DONE AND ORDERED** in Miami, Florida this ____ day of _____, 2002.

_____
UNITED STATES DISTRICT JUDGE

cc:    AUSA Michael Dittoe
       Simon T. Steckel, Esq.