FILED by _____ D.C.
JAN 17 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00-6088-CR-UUB

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARCELO GRASSO,

    Defendant.
_____/

CASE NO.: 00-CR-UNGARO-BENAGES

**ORDER GRANTING UNOPPOSED
MOTION TO DISCHARGE SURETY**

**THIS CAUSE** having come on to be heard upon Defendant, MARCELO GRASSO's Unopposed Motion to Discharge Surety, and this Court being fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is hereby granted, it is further

**ORDERED AND ADJUDGED** that the 10% Clerk's bond in the amount of $5,000.00 plus accrued interest be returned to the assigned refundee Simon T. Steckel, Esq.

**ORDERED AND ADJUDGED** that all sureties in the above-captioned case are discharged.

**DONE AND ORDERED** in Miami, Florida this 17 day of Jan., 2002.

_Ursula Ungaro-Benages_
UNITED STATES DISTRICT JUDGE

cc:    AUSA Michael Dittoe
        Simon T. Steckel, Esq.