**United States Government**
**MEMORANDUM**

**DATE:** October 7, 2004

**FROM:** Andrew Carmona, U. S. Probation Officer
Ft. Lauderdale Office

**SUBJECT:** GRASSO, MARCELLO
DOCKET NO. 00-6088-CR-UUB
SD/FL PACTS NO. 30406



FILED by ___ D.C.
DKTG
OCT 18 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**TO:** The Honorable Ursula Ungaro-Benages, Judge
U. S. District Court, Miami, Florida

### REQUEST FOR TRAVEL OUTSIDE OF THE CONTINENTAL UNITED STATES

**Original Offense and Sentence:** On December 6, 2001, the defendant was sentenced to one (1) year and one (1) day custody of the Bureau of Prisons to be followed by three (3) years supervised release for the offense of Conspiracy to Violate the Racketeer Influence and Corrupt Organizations Statute, 18 U.S.C. § 1962(d). The Court imposed the following special conditions: 1) The defendant shall participate in an approved inpatient/outpatient mental health treatment program, as directed by the U.S. Probation Office, 2) The defendant shall provide complete access to financial information, including disclosure of all business and personal finances, to the U.S. Probation Officer, 3) The defendant shall submit to a search of his person or property conducted in a reasonable manner and at a reasonable time by the U.S. Probation Officer, 4) The defendant shall not participate in any gambling activities nor shall he frequent a place that promotes gambling. The defendant is prohibited from associating with or visiting specific places where individuals or groups such as terrorists, members of organizations advocating violence, organized crime figures, documented members of organized crime families or motorcycle gang members are known to frequent. A $100.00 assessment was also imposed.

**History of Supervision:** The defendant commenced his supervised release supervision on November 15, 2002. The defendant had remained in compliance with all standard and special conditions of supervision until May 26, 2004, when the defendant was found to be present at an illegal poker game by the Broward Sheriff's Office at the My Cigar Club located in Pompano Beach, Florida. The defendant immediately re-established contact with his Gamblers Anonymous sponsor and has been attending G.A. meetings regularly ever since. The defendant also prepared an essay outlining the circumstances leading up to his gambling activities and poor decision making. On August 17, 2004, the Court signed a Probation Form 12-A, concurring with the U.S. Probation Officer's recommendation that the defendant attend Gamblers Anonymous meetings twice weekly

Honorable Ursula Ungaro-Benages
U.S. District Judge
Memorandum
Page 2                                    **RE: GRASSO, Marcello**

for the duration of his supervised release.

The defendant is employed with Stock Building Supply, Inc. located at 1341 N.W. 15th Street in Pompano Beach, Florida and has remained employed with this company since February 3, 1999. The defendant is employed as a construction materials salesman and earns an average monthly salary of approximately $15,000 including commissions.

The defendant resides at 4361 S.W. 10th Place, Apt 106 in Deerfield Beach, Florida and has resided there since May 10, 2003. The defendant resides there with his spouse, Allison Grasso.

The defendant has requested permission to travel to Montego Bay, Jamaica from November 24, 2004 until November 28, 2004. The purpose of the travel is to vacation with his spouse, Allison Grasso, her parents, Sherri and Bruce Heller and her brother, Mike Heller. On October 7, 2004, contact was made with the defendant's mother in law, Sherri Heller, who verified the vacation plans.

On October 7, 2004, contact was made with Assistant U.S. Attorney, Michael Dittoe. AUSA Dittoe stated that he would have no objection to the defendant's proposed travel plans.

**Recommendation:** In light of the defendant's compliance with his G.A. meetings coupled with no indication of new gambling activity, it is respectfully recommended that the defendant be allowed to travel to Jamaica as requested. If Your Honor concurs with this recommendation, please indicate below.

                                    Respectfully submitted,

Attachments

Reviewed by: _____
             Carolyn Gamble, Supervising
             U. S. Probation Officer


__X__: Approved                        _____: Denied

_____              __10/18/04__
The Honorable Ursula Ungaro-Benages, Judge     Date
U. S. District Court, Miami, Florida